UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **KEVIN EDWARDS** | **CIVIL ACTION NO. 2:11-CV-02465** |
| **VERSUS** | |
| | **JUDGE ZAINEY** |
| **ENVIRONMENTAL SAFETY & HEALTH CONSULTING SERVICES, INC. AND SAFETY MANAGEMENT SYSTEMS, LLC** | **MAG. JUDGE ROBY** |

## JOINT MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiff, Kevin Edwards, and Defendant, Safety Management Systems, LLC, who jointly move this Honorable Court to remand this Civil Action to State Court, for the reasons set forth more fully in the accompanying Memorandum.

WHEREFORE, Plaintiff, Kevin Edwards, and Defendant, Safety Management Systems, LLC, pray that this Civil Action be remanded to State Court for further proceedings.

Respectfully Submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

 _/s/Beau A. LeBlanc_
JOHN NICKERSON CHAPPUIS #4039
BEAU A. LEBLANC #32549
700 St. John Street, Suite 500
Post Office Box 3527
Lafayette, Louisiana   70502-3527
Telephone:    337-232-9700
Facsimile:    337-235-4943
**Counsel for SAFETY MANAGEMENT SYSTEMS, LLC**

                                                */s/ Jason M. Welborn*
                                                Joseph Gaar, Jr. #16927
                                                Jason M. Wellborn #6548
                                                Willard P. Schieffler #25862
                                                Lucas S. Colligan #31761
                                                617 S. Buchanan Street
                                                Lafayette, LA 70501
                                                Telephone: 337-233-3185
                                                Facsimile 337-233-0690
                                                **Counsel for KEVIN EDWARDS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this date been forwarded to all known counsel of record by the electronic case filing system.

Lafayette, Louisiana, on this the 26th day of October, 2011.

                                        */s/Beau A. LeBlanc*
                                        BEAU A. LEBLANC

/427936